IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAVID STEVEN BRAUN, | CV-15-63-BU-BMM |
| Plaintiffs, | **ORDER** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendants. | |

      **IT IS HEREBY ORDERED** that Plaintiff's Motion, Doc. 35 is **DENIED**.

Judgment was entered in this case on February 12, 2016.

      DATED this 9th day of April, 2019.

Brian Morris
United States District Court Judge